**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 08-8044**

———————————

UNITED STATES OF AMERICA,

              Plaintiff – Appellee,

    v.

FAIZA MAXWELL,

              Defendant – Appellant.

———————————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Frank D. Whitney, District Judge.  (3:02-cr-00152-FDW-11)

———————————

Submitted:  April 22, 2010          Decided:  May 20, 2010

———————————

Before TRAXLER, Chief Judge, and GREGORY and DUNCAN, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Faiza Maxwell, Appellant Pro Se.  Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Faiza Maxwell appeals the district court's memorandum decision and order denying her 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Maxwell</u>, No. 3:02-cr-00152-FDW-11 (W.D.N.C. Aug. 22, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>